KEKER, VAN NEST & PETERS LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DAVID SILBERT - # 173128
dsilbert@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Petitioners
FACEBOOK, INC. and INSTAGRAM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC. AND INSTAGRAM LLC,<br><br>                Petitioners,<br><br>     v.<br><br>HOULIHAN LOKEY, INC.,<br><br>                Respondent. | Misc. Case No.  3:21-mc-80192<br><br>[*Underlying* Action:  *Voxer, Inc. and Voxer IP LLC v. Facebook, Inc. and Instagram LLC*, United States District Court for the Western District of Texas, Case No. 1:20-cv-00655 [ADA]]<br><br>**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF PETITIONERS' MOTION TO COMPEL HOULIHAN LOKEY, INC.'S COMPLIANCE WITH SUBPOENA** |

I, Paven Malhotra, declare that:

1. I am an attorney licensed to practice in the State of California and am a partner at the law firm of Keker, Van Nest & Peters LLP, counsel of record for Petitioners Facebook, Inc. and Instagram LLC (hereinafter "Petitioners") and counsel of record for Defendants Facebook, Inc. and Instagram LLC in the case styled, *Voxer, Inc., et al. v. Facebook, Inc., et al.*, Western District of Texas, Case No. 1:20-CV-00655 [ADA] ("the Texas Action"). I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. I submit this declaration in support of Petitioners' Motion to Compel Houlihan Lokey, Inc.'s Compliance with Subpoena.

3. Attached hereto as **Exhibit A** is a true and correct copy of a Subpoena to Produce Documents served by Facebook on Houlihan Lokey, Inc. ("Houlihan Lokey") in the Texas Action on June 3, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of a Subpoena to Testify at a Deposition served by Facebook on Houlihan Lokey, Inc. in the Texas Action on June 3, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017977-17986.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Deposition of Irv Remedios, Voxer's CEO, taken in the Texas Action on July 8, 2021.

7. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates No. HL0017987.

8. After serving the subpoenas attached hereto as Exhibit A and B on June 3, 2021, Ms. Grace Kim, counsel for Facebook, spoke with Mr. Bob Kim, in-house counsel for Houlihan Lokey on June 16 and June 25, 2021. Mr. Kim advised that a document production was forthcoming on July 1, 2021. A true and correct copy of an email memorializing these conversations is attached hereto as **Exhibit F**. When July 1 came and went with no production of

documents, Facebook inquired about the status of production. For the first time, on July 6, 2021 the Quinn Emanuel law firm, which is also representing Voxer in the Texas Action, appeared and asserted that it was now representing Houlihan Lokey and that the promised document production would be delayed. Another two weeks passed before Houlihan Lokey made its first production, although no privilege log was produced. Facebook pressed Houlihan Lokey to produce its privilege log. Houlihan Lokey waited an additional two weeks and only served its privilege log on July 30, 2021—nearly two months after Facebook served its subpoena.

9. Attached hereto as **Exhibit G** is a true and correct copy of the privilege log served by Houlihan Lokey on July 30, 2021.

10. The Houlihan Lokey privilege log contains 624 entries. By comparison, the privilege log served by plaintiff Voxer in the Texas Action consisted of roughly 458 entries.

11. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017879-17895.

12. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017440-17470.

13. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017870-0017878.

14. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0015560-15568.

15. Attached hereto as **Exhibit L** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017617-17622.

16. Attached hereto as **Exhibit M** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017654-17660.

17. Attached hereto as **Exhibit N** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0018099-18121.

18. Attached hereto as **Exhibit O** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0016609-16641.

19. Attached hereto as **Exhibit P** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017899-17936.

20. Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017937-17967.

21. Attached hereto as **Exhibit R** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0018153-18180.

22. Attached hereto as **Exhibit S** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0018181-18197.

23. Attached hereto as **Exhibit T** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017968-17971.

24. Attached hereto as **Exhibit U** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0017530-17533.

25. Attached hereto as **Exhibit V** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0015539-15542.

26. Attached hereto as **Exhibit W** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0015590-15600.

27. Attached hereto as **Exhibit X** is a true and correct copy of a document produced by Houlihan Lokey in response to the subpoena attached as Exhibit A, bearing Bates Nos. HL0015640-15644.

28. Attached hereto as **Exhibit Y** is a true and correct copy of Houlihan Lokey's Objections and Responses to the Subpoena to Produce Documents served by Facebook on Houlihan Lokey.

29. Pursuant to Local Rule 37-1, Petitioners' counsel hereby certifies that he conferred with counsel for Houlihan by teleconference and in writing regarding the subpoenas, including meet and confer call to address the subpoena on August 5, 2021, and that such attempts to resolve the discovery issue were unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 13, 2021 at Sunnyvale, California.

*/s/ Paven Malhotra*
Paven Malhotra